FILED

01/27/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0340

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0340

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHAWN THOMAS ANDERSEN,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 5, 2025, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 27 2025